United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Shawn C. Stroop

Amy R. Stroop

Debtors

Case No. 21-00708-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: ntcnfhrg | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shawn C. Stroop, Amy R. Stroop, 15 Ballast Ln., Stewartstown, PA 17363-8320 |
| 5400416 | + | ACNB Bank, P.O. Box 3129, Gettysburg, PA 17325-0129 |
| 5420309 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5400418 | + | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5400422 | + | BKZ, 217 E. Montgomery Ave., North Wales, PA 19454-2947 |
| 5400419 | + | Bancorp, 409 Silverside Rd., Suite 105, Wilmington, DE 19809-1771 |
| 5400420 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 5419831 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5400421 | + | Best Version Media, PO Box 505, Brookfield, WI 53008-0505 |
| 5400423 | + | Borough of Hanover, 235 Old Hanover Rd., Hanover, PA 17331-9017 |
| 5400424 | + | CFG Merchant Solutions, 180 Maiden Lane, Floor 15, New York, NY 10038-5150 |
| 5400428 | + | CMC Properties, 4030 Mt. Carmel-Tobasco Rd., Suite 115, Cincinnati, OH 45255-3431 |
| 5400427 | + | ClearPath Lending, Inc., 15615 Alton Pkwy #300, Irvine, CA 92618-7311 |
| 5400429 | + | Decision HR, 11101 Roosevelt Blvd. N., Saint Petersburg, FL 33716-2340 |
| 5400431 | + | EIDL Loan, Processing and Dispersement Center, 14925 Kingsport Rd., Fort Worth, TX 76155-2243 |
| 5400432 | + | Excelerate, 421 Fayetteville St., Suite 104, Raleigh, NC 27601-3010 |
| 5400433 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5400434 | + | Hickory View, LLC, 5409 Hickory Rd., Stewartstown, PA 17363-7585 |
| 5400435 | + | Hometown, PO Box 4454, Traverse City, MI 49685-4454 |
| 5400450 | ++ | INTUIT INC C O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON DE 19808-1674 address filed with court:, Quick Books, 2700 Coast Ave, Mountain View, CA 94043 |
| 5400437 | + | Interstate Fleets, PO Box 297, Colmar, PA 18915-0297 |
| 5400438 | + | J Dog Brands, 1021 Old Cassatt Rd., Berwyn, PA 19312-1152 |
| 5423257 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5400439 | | LAH Properties, 236 Hales Way, Williamsburg, OH 45176 |
| 5400440 | + | LCSWMA, 1299 Harrisburg Pike, Lancaster, PA 17603-2515 |
| 5400441 | + | Liberty Mutual Insurance Company, PO Box 958416, Lake Mary, FL 32795-8416 |
| 5400443 | + | Mid Penn Bank, Attn: Bankruptcy, 2407 Park Drive, Harrisburg, PA 17110-9303 |
| 5400461 | + | Office of Attorney General, Financial Enforcement, Section, Stra, Harrisburg, PA 17120-0001 |
| 5400445 | + | Ohio Bureau of Workers Compensation, PO Box 89492, Cleveland, OH 44101-6492 |
| 5400448 | + | PPP Loan, Processing and Dispersement Center, 14925 Kingsport Rd., Fort Worth, TX 76155-2243 |
| 5400447 | + | Page Hub, 12362 Beach Blvd Ste 27, Stanton, CA 90680-3956 |
| 5400449 | + | Public Storage, 4030 Mt. Carmel-Tobasco Rd., Suite 115, Cincinnati, OH 45255-3431 |
| 5400451 | + | Ross Publishing, PO Box 35026, Richmond, VA 23235-0026 |
| 5400453 | + | Sofi Lending Corp, 375 Healdsburg Avenue, Suite 280, Healdsburg, CA 95448-4151 |
| 5400454 | + | Storage Depot, 350 S 7th St, Lemoyne, PA 17043-1779 |
| 5400462 | + | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044-0227 |
| 5400455 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 5400464 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5400457 | + | York City Solid Waste Facility, 2700 Black Bridge Rd., York, PA 17406-7901 |
| 5400458 | + | Zwicker & Associates,, P.C., 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5400417 | + Email/Text: ally@ebn.phinsolutions.com | Jul 16 2021 18:50:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 5414613 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2021 18:49:08 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5400426 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2021 18:49:08 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5400459 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jul 16 2021 18:50:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5400430 | + Email/Text: dplbk@discover.com | Jul 16 2021 18:50:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 5400436 | + Email/Text: bankruptcy@huntington.com | Jul 16 2021 18:50:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 5400460 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 16 2021 18:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5400425 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 16 2021 18:49:14 | Chase Card Services, PO Box 15298, Wilmington, DE 19850 |
| 5400442 | + Email/Text: unger@members1st.org | Jul 16 2021 18:50:00 | Members 1st Fcu, Attn: Bankruptcy Dept, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 5400444 | + Email/Text: bk_notices@ncb.coop | Jul 16 2021 18:50:00 | National Cooperative B, 139 S High St, Hillsboro, OH 45133-1442 |
| 5400446 | + Email/Text: bankruptcy@ondeck.com | Jul 16 2021 18:50:00 | OnDeck Capital, Inc., 1400 Broadway, New York, NY 10018-5300 |
| 5400463 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 18:50:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5400452 | + Email/Text: Jason.Richmond@Rumpke.com | Jul 16 2021 18:50:00 | RUMPKE, PO Box 538710, Cincinnati, OH 45253-8710 |
| 5419262 | + Email/Text: bankruptcy@huntington.com | Jul 16 2021 18:50:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5400456 | | Usaa Savings Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**


**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2021                         Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 2 Amy R. Stroop jmh@johnhyamslaw.com  acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 1 Shawn C. Stroop jmh@johnhyamslaw.com  acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Shawn C. Stroop,

**Debtor 1**

Amy R. Stroop,

**Debtor 2**

Chapter        13

Case No.        1:21−bk−00708−HWV

---

## Notice

---

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**August 18, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 25, 2021<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

---

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 16, 2021 |

ntcnfhrg (05/21)