UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SHAWN C. STROOP and<br>AMY R. STROOP<br>Debtors | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | : | |
| vs. | : | |
| SHAWN C. STROOP and<br>AMY R. STROOP<br>Respondents | : | CASE NO. 1-21-bk-00708-HWV<br><br>OBJECTION TO EXEMPTIONS |

ORDER

Upon consideration of the Trustee's Objection to Debtos' Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.