UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 21-00708 |
|---|---|
| SHAWN C STROOP<br>AMY R STROOP | **DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 8/23/2021, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/23/2021

/s/ John M. Hyams
John M. Hyams  87327PA

Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 520 0300

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

SHAWN C STROOP
AMY R STROOP

CASE NO: 21-00708

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 8/23/2021, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/23/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-21-BK-00708-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>MON AUG 23 11-35-02 EDT 2021 | ACNB BANK<br>PO BOX 3129<br>GETTYSBURG PA 17325-0129 | ALLY BANK<br>AIS PORTFOLIO SERVICES LP<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| ALLY BANK CO AIS PORTFOLIO SERVICES LP<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | ALLY FINANCIAL<br>ATTN BANKRUPTCY DEPT<br>PO BOX 380901<br>BLOOMINGTON MN 55438-0901 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| AMEXBANKRUPTCY<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO TX 79998-1540 | ANITRA WALKER<br>12 POWDER SPRINGS STREET<br>SUITE 240<br>MARIETTA GA 30064-7205 | BKZ<br>217 E MONTGOMERY AVE<br>NORTH WALES PA 19454-2947 |
| BANCORP<br>409 SILVERSIDE RD<br>SUITE 105<br>WILMINGTON DE 19809-1771 | BANK OF AMERICA<br>4909 SAVARESE CIRCLE<br>FL1-908-01-50<br>TAMPA FL 33634-2413 | BANK OF AMERICA NA<br>P O BOX 982284<br>EL PASO TX 79998-2284 |
| BEST VERSION MEDIA<br>PO BOX 505<br>BROOKFIELD WI 53008-0505 | BOROUGH OF HANOVER<br>235 OLD HANOVER RD<br>HANOVER PA 17331-9017 | DEPARTMENT OF LABOR INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 |
| CFG MERCHANT SOLUTIONS<br>180 MAIDEN LANE FLOOR 15<br>NEW YORK NY 10038-5150 | CMC PROPERTIES<br>4030 MT CARMELTOBASCO RD<br>SUITE 115<br>CINCINNATI OH 45255-3431 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| CITIBANK NA<br>5800 S CORPORATE PL<br>SIOUX FALLS SD 57108-5027 | CITIBANKTHE HOME DEPOT<br>CITICORP CREDIT SRVSCENTRALIZED BK DEPT<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | CLEARPATH LENDING INC<br>15615 ALTON PKWY 300<br>IRVINE CA 92618-7311 |
| DECISION HR<br>11101 ROOSEVELT BLVD N<br>SAINT PETERSBURG FL 33716-2340 | DISCOVER PERSONAL LOANS<br>ATTN BANKRUPTCY<br>PO BOX 30954<br>SALT LAKE CITY UT 84130-0954 | DISCOVER PERSONAL LOANS<br>PO BOX 30954<br>SALT LAKE CITY UT 84130-0954 |
| EIDL LOAN<br>PROCESSING AND DISPERSEMENT CENTER<br>14925 KINGSPORT RD<br>FORT WORTH TX 76155-2243 | EXCELERATE<br>421 FAYETTEVILLE ST<br>SUITE 104<br>RALEIGH NC 27601-3010 | FEDLOAN<br>ATTN BANKRUPTCY<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| FREEDOM MORTGAGE CORPORATION<br>ATTN BANKRUPTCY DEPARTMENT<br>10500 KINCAID DRIVE<br>FISHERS IN 46037-9764 | MARIO J HANYON<br>BROCK SCOTT PLLC<br>302 FELLOWSHIP ROAD<br>STE 130<br>MOUNT LAUREL NJ 08054-1218 | HICKORY VIEW LLC<br>5409 HICKORY RD<br>STEWARTSTOWN PA 17363-7585 |
| HOMETOWN<br>PO BOX 4454<br>TRAVERSE CITY MI 49685-4454 | HUNTINGTON NATIONAL BANK<br>ATTN BANKRUPTCY<br>PO BOX 340996<br>COLUMBUS OH 43234-0996 | ~~EXCLUDE~~<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG PA 17102-2151~~ |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERSTATE FLEETS<br>PO BOX 297<br>COLMAR PA 18915-0297 | J DOG BRANDS<br>1021 OLD CASSATT RD<br>BERWYN PA 19312-1152 |
| JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ SCHNEID PL<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 | LAH PROPERTIES<br>236 HALES WAY<br>WILLIAMSBURG OH 45176 | LCSWMA<br>1299 HARRISBURG PIKE<br>LANCASTER PA 17603-2515 |
| LIBERTY MUTUAL INSURANCE COMPANY<br>PO BOX 958416<br>LAKE MARY FL 32795-8416 | MEMBERS 1ST FCU<br>ATTN BANKRUPTCY DEPT<br>5000 LOUISE DR<br>MECHANICSBURG PA 17055-4899 | MID PENN BANK<br>ATTN BANKRUPTCY<br>2407 PARK DRIVE<br>HARRISBURG PA 17110-9303 |
| NATIONAL COOPERATIVE B<br>139 S HIGH ST<br>HILLSBORO OH 45133-1442 | OFFICE OF ATTORNEY GENERAL<br>FINANCIAL ENFORCEMENT<br>SECTION STRA<br>HARRISBURG PA 17120-0001 | OHIO BUREAU OF WORKERS COMPENSATION<br>PO BOX 89492<br>CLEVELAND OH 44101-6492 |
| ON DECK CAPITAL INC ASSIGNEE OF CELTIC BAN<br>12 POWDER SPRINGS STREET SUITE 240<br>MARIETTA GA 30064-7205 | ONDECK CAPITAL INC<br>1400 BROADWAY<br>NEW YORK NY 10018-5300 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 |
| PPP LOAN<br>PROCESSING AND DISPERSEMENT CENTER<br>14925 KINGSPORT RD<br>FORT WORTH TX 76155-2243 | PAGE HUB<br>12362 BEACH BLVD STE 27<br>STANTON CA 90680-3956 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 |
| PUBLIC STORAGE<br>4030 MT CARMELTOBASCO RD<br>SUITE 115<br>CINCINNATI OH 45255-3431 | INTUIT INC C O CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DE 19808-1674 | RUMPKE<br>PO BOX 538710<br>CINCINNATI OH 45253-8710 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ROSS PUBLISHING
PO BOX 35026
RICHMOND VA 23235-0026

SOFI LENDING CORP
ATTN LACEE HUNSAKER
2750 EAST COTTONWOOD PKWY
SUITE 300
SALT LAKE CITY UT 84121-7285

SOFI LENDING CORP
375 HEALDSBURG AVENUE
SUITE 280
HEALDSBURG CA 95448-4151

REBECCA ANN SOLARZ
KML LAW GROUP PC
701 MARKET ST
SUITE 5000
PHILADELPHIA PA 19106-1541

STORAGE DEPOT
350 S 7TH ST
LEMOYNE PA 17043-1779

EXCLUDE
~~AMY R STROOP~~
~~15 BALLAST LN~~
~~STEWARTSTOWN PA 17363-8320~~

EXCLUDE
~~SHAWN C STROOP~~
~~15 BALLAST LN~~
~~STEWARTSTOWN PA 17363-8320~~

THE HUNTINGTON NATIONAL BANK
P O BOX 89424
CLEVELAND OH 44101-6424

US BANK NA DBA ELAN FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
PO BOX 108
SAINT LOUIS MO 63166-0108

US DEPARTMENT OF EDUCATION
CO FEDLOAN SERVICING
PO BOX 69184
HARRISBURG PA 17106-9184

US DEPARTMENT OF JUSTICE
PO BOX 227 BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

USAA FEDERAL SAVINGS BANK
ATTN BANKRUPTCY
10750 MCDERMOTT FREEWAY
SAN ANTONIO TX 78288-1600

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG PA 17108-1754

EXCLUDE
~~UNITED STATES TRUSTEE~~
~~228 WALNUT STREET SUITE 1190~~
~~HARRISBURG PA 17101-1722~~

YORK CITY SOLID WASTE FACILITY
2700 BLACK BRIDGE RD
YORK PA 17406-7901

JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

ZWICKER ASSOCIATES PC
80 MINUTEMAN ROAD
ANDOVER MA 01810-1008

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

| | | |
|---|---|---|
| (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br><br>info@pamd13trustee.com | Lawrence V. Young (Trustee)<br>CGA Law Firm<br>135 North George Street<br>York, PA 17401<br>(Former Trustee)<br><br>lyoung@cgalaw.com | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101<br>(Asst. U.S. Trustee)<br><br>ustpregion03.ha.ecf@usdoj.gov |
| Shawn C. Stroop<br>15 Ballast Ln.<br>Stewartstown, PA 17363<br>(Debtor 1)<br>represented by:<br>John Matthew Hyams<br>Law Offices of John M. Hyams<br>2023 N 2nd St<br>Harrisburg, PA 17102<br><br>jmh@johnhyamslaw.com | Amy R. Stroop<br>15 Ballast Ln.<br>Stewartstown, PA 17363<br>(Debtor 2)<br>represented by:<br>John Matthew Hyams<br>Law Offices of John M. Hyams<br>2023 N 2nd St<br>Harrisburg, PA 17102<br><br>jmh@johnhyamslaw.com | (Creditor)<br>Huntington National Bank<br>c/o Weltman, Weinberg andir<br>represented by:<br>Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106<br><br>bkgroup@kmllawgroup.com |
| (Creditor)<br>FREEDOM MORTGAGE CORPORATION<br>represented by:<br>Mario J. Hanyon<br>Brock & Scott, PLLC<br>302 Fellowship Road,<br>Ste 130<br>Mount Laurel, NJ 08054<br><br>wbecf@brockandscott.com | (Creditor)<br>Ally Bank, c/o AIS Portfolio Services,<br>LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | |