# UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Harrisburg)

In re Shawn C. Stroop and Amy R. Stroop　　　　　　　Case No. 21-00708-HWV
　　　Debtors.

Chapter 13

## Notice of Post-petition Mortgage Fees, Expenses, and Charges

**If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any post-petition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** National Cooperative Bank　　　　　　　**Court claim no.** (if known): 6

**Last four digits** of any number you use to identify the debtor's account:　2034

**Does this notice supplement a prior notice of post-petition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: __/__/__

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 7/19/2021 | (3) | $950.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: ____ | | (11) | $ |
| 12. Other. Specify: ____ | | (12) | $ |
| 13. Other. Specify: ____ | | (13) | $ |
| 14. Other. Specify: ____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**X** /s/Garry Masterson     Date 8/18/2021
Signature

**Print:** Garry Masterson     Title: Agent
         First Name    Middle Name    Last Name

Company   Weltman, Weinberg & Reis, Co., L.P.A

Address:   965 Keynote Circle
         Number    Street

         Cleveland, OH 44131
         City    State    ZIP Code

Contact phone __(877) 338-9484__     Email: pitecf@weltman.com

## Certificate of Service

      I hereby certify that a copy of the foregoing Notice of Payment Change has been sent on 8/19/2021 by ordinary mail or electronic notification to the following:

Shawn C. Stroop
15 Ballast Ln.
Stewartstown, PA 17363

Amy R. Stroop
15 Ballast Ln.
Stewartstown, PA 17363

John Matthew Hyams
Law Offices of John M. Hyams
2023 N 2nd St
Harrisburg, PA 17102

Jack N Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the U.S. Trustee

/s/ Garry Masterson
Garry Masterson
Weltman, Weinberg & Reis
965 Keynote Circle
Cleveland, OH 44131
877-338-9484

# WELTMAN, WEINBERG & REIS CO., L.P.A.
## ATTORNEYS AT LAW

Cleveland • Columbus • Cincinnati • Detroit • Pittsburgh • Philadelphia • Chicago • Louisville

7/19/2021

|  |  |
|---|---|
|  | Invoice No.: INV-220255-0007e5 |
|  | Tax Id: ▮▮▮▮▮ |
|  | Terms: Due Upon Receipt |

NATIONAL COOPERATIVE BANK

139 SOUTH HIGH STREET

HILLSBORO, OH 45133

Client No.: ▮▮▮▮▮

File No.: 040788506

Name: STROOP, SHAWN C

Client Internal No.:

Client Account No.: ▮▮▮▮▮

| Date | Legal Services Rendered | TimeKeeper | Hours | Rate | Total |
|---|---|---|---|---|---|
| 7/19/2021 | Chapter 13 - File Proof of Claim & Review (Real Estate)- |  |  |  | $950.00 |
|  |  |  |  | **Total of Legal Services** | $950.00 |
|  |  |  |  | **Subtotal** | $950.00 |
|  |  |  |  | **Invoice Amount** | $950.00 |

**To process your payments correctly, please make payable to:**
Weltman, Weinberg & Reis Co., L.P.A., P.O. Box 74106, Cleveland, OH 44194-4106

**DO NOT SEND LEGAL OR OTHER ORIGINAL DOCUMENTS TO THE PO BOX.**
**PLEASE SEND THOSE DIRECTLY TO YOUR WWR REPRESENTATIVE**

For questions, please direct all inquiries to our Billing Analyst Team at BRO_Accnt_AR_Analysts@weltman.com
or call 216-739-5139.
We appreciate your business.