UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 21-00708 |
|---|---|
| SHAWN C STROOP<br>AMY R STROOP | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 11/4/2021, I did cause a copy of the following documents, described below,

3rd Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/4/2021

/s/ John M. Hyams
John M. Hyams  87327PA

Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 520 0300

1

2

3

4 UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

5

6 IN RE:               CASE NO: 21-00708

SHAWN C STROOP     **CERTIFICATE OF SERVICE**
AMY R STROOP         **DECLARATION OF MAILING**
7
Chapter: 13
8

9

10

11 On 11/4/2021, a copy of the following documents, described below,

3rd Amended Plan
12
Notice
13

14

15

16

17

18

19 were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.
20
The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.
21

22 DATED: 11/4/2021

23

24

25 _____
Jay S. Jump
26 BK Attorney Services, LLC
d/b/a certificateofservice.com, for
27 John M. Hyams
Law Offices of John M. Hyams
28 2023 N. 2nd St.
Harrisburg, PA  17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-21-BK-00708-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
THU NOV 4 15-10-07 EDT 2021

ACNB BANK
PO BOX 3129
GETTYSBURG PA 17325-0129

ALLY BANK
AIS PORTFOLIO SERVICES LP
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

ALLY BANK CO AIS PORTFOLIO SERVICES LP
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

ALLY FINANCIAL
ATTN BANKRUPTCY DEPT
PO BOX 380901
BLOOMINGTON MN 55438-0901

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

AMEXBANKRUPTCY
CORRESPONDENCEBANKRUPTCY
PO BOX 981540
EL PASO TX 79998-1540

ANITRA WALKER
12 POWDER SPRINGS STREET
SUITE 240
MARIETTA GA 30064-7205

BKZ
217 E MONTGOMERY AVE
NORTH WALES PA 19454-2947

BANCORP
409 SILVERSIDE RD
SUITE 105
WILMINGTON DE 19809-1771

BANK OF AMERICA
4909 SAVARESE CIRCLE
FL1-908-01-50
TAMPA FL 33634-2413

BANK OF AMERICA NA
P O BOX 982284
EL PASO TX 79998-2284

BEST VERSION MEDIA
PO BOX 505
BROOKFIELD WI 53008-0505

BOROUGH OF HANOVER
235 OLD HANOVER RD
HANOVER PA 17331-9017

DEPARTMENT OF LABOR  INDUSTRY
ATTN OFFICE OF CHIEF COUNSEL
651 BOAS STREET 10TH FLOOR
HARRISBURG PA 17121-0751

CFG MERCHANT SOLUTIONS
180 MAIDEN LANE FLOOR 15
NEW YORK NY 10038-5150

CMC PROPERTIES
4030 MT CARMELTOBASCO RD
SUITE 115
CINCINNATI OH 45255-3431

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

CITIBANK NA
5800 S CORPORATE PL
SIOUX FALLS SD 57108-5027

CITIBANKTHE HOME DEPOT
CITICORP CREDIT SRVSCENTRALIZED BK DEPT
PO BOX 790034
ST LOUIS MO 63179-0034

CLEARPATH LENDING INC
15615 ALTON PKWY 300
IRVINE CA 92618-7311

DECISION HR
11101 ROOSEVELT BLVD N
SAINT PETERSBURG FL 33716-2340

DISCOVER PERSONAL LOANS
ATTN BANKRUPTCY
PO BOX 30954
SALT LAKE CITY UT 84130-0954

DISCOVER PERSONAL LOANS
PO BOX 30954
SALT LAKE CITY UT 84130-0954

EIDL LOAN
PROCESSING AND DISPERSEMENT CENTER
14925 KINGSPORT RD
FORT WORTH TX 76155-2243

EXCELERATE
421 FAYETTEVILLE ST
SUITE 104
RALEIGH NC 27601-3010

FEDLOAN
ATTN BANKRUPTCY
PO BOX 69184
HARRISBURG PA 17106-9184

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


FREEDOM MORTGAGE CORPORATION
ATTN BANKRUPTCY DEPARTMENT
10500 KINCAID DRIVE
FISHERS IN 46037-9764

MARIO J HANYON
BROCK  SCOTT PLLC
302 FELLOWSHIP ROAD
STE 130
MOUNT LAUREL NJ 08054-1218

HICKORY VIEW LLC
5409 HICKORY RD
STEWARTSTOWN PA 17363-7585


HOMETOWN
PO BOX 4454
TRAVERSE CITY MI 49685-4454

HUNTINGTON NATIONAL BANK
ATTN BANKRUPTCY
PO BOX 340996
COLUMBUS OH 43234-0996

EXCLUDE
~~JOHN MATTHEW HYAMS~~
~~LAW OFFICES OF JOHN M HYAMS~~
~~2023 N 2ND ST~~
~~HARRISBURG PA 17102-2151~~


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERSTATE FLEETS
PO BOX 297
COLMAR PA 18915-0297

J DOG BRANDS
1021 OLD CASSATT RD
BERWYN PA 19312-1152


JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO ROBERTSON ANSCHUTZ  SCHNEID PL
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

LAH PROPERTIES
236 HALES WAY
WILLIAMSBURG OH 45176

LCSWMA
1299 HARRISBURG PIKE
LANCASTER PA 17603-2515


LVNV FUNDING LLC
CO RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LVNV FUNDING LLC
CO RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LIBERTY MUTUAL INSURANCE COMPANY
PO BOX 958416
LAKE MARY FL 32795-8416


MEMBERS 1ST FCU
ATTN BANKRUPTCY DEPT
5000 LOUISE DR
MECHANICSBURG PA 17055-4899

MID PENN BANK
ATTN BANKRUPTCY
2407 PARK DRIVE
HARRISBURG PA 17110-9303

NATIONAL COOPERATIVE B
139 S HIGH ST
HILLSBORO OH 45133-1442


OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT
SECTION STRA
HARRISBURG PA 17120-0001

OHIO BUREAU OF WORKERS COMPENSATION
PO BOX 89492
CLEVELAND OH 44101-6492

ON DECK CAPITAL INC ASSIGNEE OF CELTIC
BAN
12 POWDER SPRINGS STREET SUITE 240
MARIETTA GA 30064-7205


ONDECK CAPITAL INC
1400 BROADWAY
NEW YORK NY 10018-5300

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946 ATTNBANKRUPTCY
HARRISBURG PA 17128-0946

PPP LOAN
PROCESSING AND DISPERSEMENT CENTER
14925 KINGSPORT RD
FORT WORTH TX 76155-2243


PAGE HUB
12362 BEACH BLVD STE 27
STANTON CA 90680-3956

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG PA 17128-0946

PUBLIC STORAGE
4030 MT CARMELTOBASCO RD
SUITE 115
CINCINNATI OH 45255-3431

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

INTUIT INC C O CORPORATION SERVICE
COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808-1674

RUMPKE
PO BOX 538710
CINCINNATI OH 45253-8710

ROSS PUBLISHING
PO BOX 35026
RICHMOND VA 23235-0026

SOFI LENDING CORP
ATTN LACEE HUNSAKER
2750 EAST COTTONWOOD PKWY
SUITE 300
SALT LAKE CITY UT 84121-7285

SOFI LENDING CORP
375 HEALDSBURG AVENUE
SUITE 280
HEALDSBURG CA 95448-4151

REBECCA ANN SOLARZ
KML LAW GROUP PC
701 MARKET ST
SUITE 5000
PHILADELPHIA PA 19106-1541

ANDREW L SPIVACK
BROCK  SCOTT PLLC
610 OLD YORK ROAD
SUITE 400
JENKINTOWN PA 19046

STORAGE DEPOT
350 S 7TH ST
LEMOYNE PA 17043-1779

~~EXCLUDE~~
~~AMY R STROOP~~
~~15 BALLAST LN~~
~~STEWARTSTOWN PA 17363-0320~~

~~EXCLUDE~~
~~SHAWN C STROOP~~
~~15 BALLAST LN~~
~~STEWARTSTOWN PA 17363-0320~~

THE HUNTINGTON NATIONAL BANK
P O BOX 89424
CLEVELAND OH 44101-6424

US BANK NA DBA ELAN FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
PO BOX 108
SAINT LOUIS MO 63166-0108

US DEPARTMENT OF EDUCATION
CO FEDLOAN SERVICING
PO BOX 69184
HARRISBURG PA 17106-9184

US DEPARTMENT OF JUSTICE
PO BOX 227 BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

USAA FEDERAL SAVINGS BANK
ATTN BANKRUPTCY
10750 MCDERMOTT FREEWAY
SAN ANTONIO TX 78288-1600

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG PA 17108-1754

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~228 WALNUT STREET SUITE 1190~~
~~HARRISBURG PA 17101-1722~~

JAMES PETER VALECKO
WELTMAN WEINBERG AND REIS CO LPA
436 SEVENTH AVENUE
2718 KOPPERS BUILDING
PITTSBURGH PA 15219

YORK CITY SOLID WASTE FACILITY
2700 BLACK BRIDGE RD
YORK PA 17406-7901

JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

ZWICKER  ASSOCIATES PC
80 MINUTEMAN ROAD
ANDOVER MA 01810-1008

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

info@pamd13trustee.com

Lawrence V. Young (Trustee)
CGA Law Firm
135 North George Street
York, PA 17401
(Former Trustee)

lyoung@cgalaw.com

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
(Asst. U.S. Trustee)

ustpregion03.ha.ecf@usdoj.gov


Shawn C. Stroop
15 Ballast Ln.
Stewartstown, PA 17363
(Debtor 1)
represented by:
John Matthew Hyams
Law Offices of John M. Hyams
2023 N 2nd St
Harrisburg, PA 17102

jmh@johnhyamslaw.com

Amy R. Stroop
15 Ballast Ln.
Stewartstown, PA 17363
(Debtor 2)
represented by:
John Matthew Hyams
Law Offices of John M. Hyams
2023 N 2nd St
Harrisburg, PA 17102

jmh@johnhyamslaw.com

(Creditor)
National Cooperative Bank
represented by:
James Peter Valecko
Weltman Weinberg and Reis Co LPA
436 Seventh Avenue
2718 Koppers Building
Pittsburgh, PA 15219

jvalecko@weltman.com


(Creditor)
LVNV Funding LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

(Creditor)
Huntington National Bank
c/o Weltman, Weinberg andir
represented by:
Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

Andrew L Spivack
Brock & Scott, PLLC
610 Old York Road
Suite 400
Jenkintown, PA 19046

andrew.spivack@brockandscott.com


(Creditor)
FREEDOM MORTGAGE CORPORATION
represented by:
Mario J. Hanyon
Brock & Scott, PLLC
302 Fellowship Road,
Ste 130
Mount Laurel, NJ 08054

wbecf@brockandscott.com

(Creditor)
Ally Bank, c/o AIS Portfolio Services,
LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118