United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                                  Case No. 21-00708-HWV
Shawn C. Stroop                                                       Chapter 13
Amy R. Stroop
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                         User: AutoDocke                                              Page 1 of 2
Date Rcvd: Jan 20, 2022                  Form ID: trc                                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**          **Definition**
\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5429351 | + | On Deck Capital, Inc. assignee of Celtic Bank, 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2022                               Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Peter Valecko | on behalf of Creditor National Cooperative Bank jvalecko@weltman.com PitEcf@weltman.com |
| John Matthew Hyams | on behalf of Debtor 1 Shawn C. Stroop jmh@johnhyamslaw.com acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 2 Amy R. Stroop jmh@johnhyamslaw.com acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |

| | |
|---|---|
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:21-bk-00708-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Shawn C. Stroop
15 Ballast Ln.
Stewartstown PA 17363

Amy R. Stroop
15 Ballast Ln.
Stewartstown PA 17363

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/20/2022.

Name and Address of Alleged Transferor(s):

Claim No. 14: On Deck Capital, Inc. assignee of Celtic Bank, 12 Powder Springs Street, Suite 240, Marietta, GA 30064-3006

Name and Address of Transferee:

Quantum3 Group LLC as agent for
JHPDE SPV II, LLC
PO Box 788
Kirkland, WA 98083-0788
Quantum3 Group LLC as agent for
JHPDE SPV II, LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/22/22

Terrence S. Miller
**CLERK OF THE COURT**