# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>SHAWN C STROOP<br>AMY R STROOP<br><br>Debtor(s) | CASE NO. 21-bk-00708-HWV<br><br>CHAPTER 13 |

## WITHDRAWAL OF APPEARANCE/ENTRY OF APPEARANCE WITHOUT PREJUDICE

Kindly withdraw the appearance of James Valecko as attorney for NATIONAL COOPERATIVE BANK and enter Milos Gvozdenovic as attorney for NATIONAL COOPERATIVE BANK without prejudice in all matters for the duration of this bankruptcy case.

Date: 10/12/2023                     /s/Milos Gvozdenovic
　　　　　　　　　　　　　　　　　　　Milos Gvozdenovic
　　　　　　　　　　　　　　　　　　　Weltman, Weinberg & Reis Co., L.P.A.
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　965 Keynote Circle
　　　　　　　　　　　　　　　　　　　Brooklyn Heights, OH 44131
　　　　　　　　　　　　　　　　　　　216-739-5647
　　　　　　　　　　　　　　　　　　　mgvozdenvoic@weltman.com


　　　　　　　　　　　　　　　　　　　/s/ James Valecko
　　　　　　　　　　　　　　　　　　　James Valecko
　　　　　　　　　　　　　　　　　　　Weltman, Weinberg & Reis Co., L.P.A
　　　　　　　　　　　　　　　　　　　436 Seventh Avenue, Suite 2500
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　412-434-7958
　　　　　　　　　　　　　　　　　　　jimvalecko@weltman.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

SHAWN C STROOP
AMY R STROOP

CASE NO. 21-bk-00708-HWV

CHAPTER 13

Debtor(s)

**CERTIFICATE OF SERVICE**

I, Milos Gvozdenovic Esquire, attorney for NATIONAL COOPERATIVE BANK, do hereby certify that true and correct copies of the Withdrawal of Appearance/Entry of Appearance without prejudice has been served on October 12, 2023, upon those listed below:

**Service by First-Class Mail**:

SHAWN C STROOP, Debtor
15 Ballast Ln.
Stewartstown, PA 17363

AMY R STROOP, Co-Debtor
15 Ballast Ln.
Stewartstown, PA 17363

**and Service by NEF/ECF**:

John Matthew Hyams, Debtors Attorney at jmh@johnhyamslaw.com
Jack N Zaharopoulos, Trustee at info@pamd13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.ha.ecf@usdoj.gov

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-739-5647
mgvozdenvoic@weltman.com

/s/ James Valecko
James Valecko
Weltman, Weinberg & Reis Co., L.P.A
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
412-434-7958
jimvalecko@weltman.com