UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:
SHAWN C STROOP　　　　　　　　　　　CASE NO. 1:21-bk-00708-HWV
AMY R STROOP　　　　　　　　　　　　CHAPTER 13
　　　　DEBTOR

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:　　　　　　　　　　　FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:　04/29/2024

OLD NOTICE ADDRESS:　　　　10500 Kincaid Drive, Suite 300
　　　　　　　　　　　　　　Fishers, IN 46037-9764

NEW NOTICE ADDRESS:　　　　11988 Exit 5 Parkway, Building 4
　　　　　　　　　　　　　　Fishers, IN 46037-7939

OLD PAYMENT ADDRESS:　　　 10500 Kincaid Drive, Suite 300
　　　　　　　　　　　　　　Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:　　　 11988 Exit 5 Parkway, Building 4
　　　　　　　　　　　　　　Fishers, IN 46037-7939

Dated: September 18, 2024

　　　　　　　　　　　　　　　　　　*/s/Lorri Beltz*
　　　　　　　　　　　　　　　　　　Lorri Beltz, Vice President, Default
　　　　　　　　　　　　　　　　　　Freedom Mortgage Corporation
　　　　　　　　　　　　　　　　　　11988 Exit 5 Parkway, Building 4
　　　　　　　　　　　　　　　　　　Fishers, IN 46037-7939
　　　　　　　　　　　　　　　　　　Telephone: (855) 690-5900

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:
SHAWN C STROOP
AMY R STROOP
      DEBTOR

CASE NO. 1:21-bk-00708-HWV
CHAPTER 13

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

JOHN MATTHEW HYAMS
LAW OFFICES OF JOHN M. HYAMS
2023 N 2nd St
Harrisburg PA 17102-2151
*Counsel for Debtor*

JACK N ZAHAROPOULOS
8125 Adams Dr Ste A
Hummelstown PA 17036-8625
*Chapter 13 Trustee*

SHAWN C STROOP
AMY R STROOP
15 Ballast Ln
Stewartstown PA 17363-8320
*Debtor*

This 18th Day of September, 2024

      */s/Lorri Beltz*
      Lorri Beltz, Vice President, Default
      Freedom Mortgage Corporation
      11988 Exit 5 Parkway, Building 4
      Fishers, IN 46037-7939
      Telephone: (855) 690-5900