United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-00708-HWV
Shawn C. Stroop  Chapter 13
Amy R. Stroop
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 4
Date Rcvd: Dec 03, 2024  Form ID: 3180W  Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shawn C. Stroop, Amy R. Stroop, 15 Ballast Ln., Stewartstown, PA 17363-8320 |
| 5400416 | + | ACNB Bank, P.O. Box 3129, Gettysburg, PA 17325-0129 |
| 5429350 | + | Anitra Walker, 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 5400422 | + | BKZ, 217 E. Montgomery Ave., North Wales, PA 19454-2947 |
| 5400419 | + | Bancorp, 409 Silverside Rd., Suite 105, Wilmington, DE 19809-1771 |
| 5400421 | + | Best Version Media, PO Box 505, Brookfield, WI 53008-0505 |
| 5400423 | + | Borough of Hanover, 235 Old Hanover Rd., Hanover, PA 17331-9017 |
| 5400428 | + | CMC Properties, 4030 Mt. Carmel-Tobasco Rd., Suite 115, Cincinnati, OH 45255-3431 |
| 5400427 | + | ClearPath Lending, Inc., 15615 Alton Pkwy #300, Irvine, CA 92618-7311 |
| 5400431 | + | EIDL Loan, Processing and Dispersement Center, 14925 Kingsport Rd., Fort Worth, TX 76155-2243 |
| 5400432 | + | Excelerate, 421 Fayetteville St., Suite 104, Raleigh, NC 27601-3010 |
| 5400433 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5400434 | + | Hickory View, LLC, 5409 Hickory Rd., Stewartstown, PA 17363-7585 |
| 5400435 | + | Hometown, PO Box 4454, Traverse City, MI 49685-4454 |
| 5400450 | ++ | INTUIT INC C O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON DE 19808-1674 address filed with court:, Quick Books, 2700 Coast Ave, Mountain View, CA 94043 |
| 5400437 | + | Interstate Fleets, PO Box 297, Colmar, PA 18915-0297 |
| 5400438 | + | J Dog Brands, 1021 Old Cassatt Rd., Berwyn, PA 19312-1152 |
| 5400439 | | LAH Properties, 236 Hales Way, Williamsburg, OH 45176 |
| 5400440 | + | LCSWMA, 1299 Harrisburg Pike, Lancaster, PA 17603-2515 |
| 5400443 | + | Mid Penn Bank, Attn: Bankruptcy, 2407 Park Drive, Harrisburg, PA 17110-9303 |
| 5400445 | + | Ohio Bureau of Workers Compensation, PO Box 89492, Cleveland, OH 44101-6492 |
| 5429351 | + | On Deck Capital, Inc. assignee of Celtic Bank, 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 5400448 | + | PPP Loan, Processing and Dispersement Center, 14925 Kingsport Rd., Fort Worth, TX 76155-2243 |
| 5400447 | + | Page Hub, 12362 Beach Blvd Ste 27, Stanton, CA 90680-3956 |
| 5400449 | + | Public Storage, 4030 Mt. Carmel-Tobasco Rd., Suite 115, Cincinnati, OH 45255-3431 |
| 5400451 | + | Ross Publishing, PO Box 35026, Richmond, VA 23235-0026 |
| 5400454 | + | Storage Depot, 350 S 7th St, Lemoyne, PA 17043-1779 |
| 5400457 | + | York City Solid Waste Facility, 2700 Black Bridge Rd., York, PA 17406-7901 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: Q3G.COM | Dec 03 2024 23:36:00 | Quantum3 Group LLC, JHPDE SPV II, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5426541 | + | EDI: AISACG.COM | Dec 03 2024 23:36:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5429335 | + | EDI: AISACG.COM | Dec 03 2024 23:36:00 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5400417 | + | EDI: GMACFS.COM | Dec 03 2024 23:36:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 5420309 | | Email/PDF: bncnotices@becket-lee.com | Dec 03 2024 18:52:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5400418 | + | Email/PDF: bncnotices@becket-lee.com | Dec 03 2024 18:52:07 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5400420 | + | EDI: BANKAMER | Dec 03 2024 23:36:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 5419831 | + | EDI: BANKAMER2 | Dec 03 2024 23:36:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5400424 | + | Email/Text: jpaige@cfgms.com | Dec 03 2024 18:38:00 | CFG Merchant Solutions, 180 Maiden Lane, Floor 15, New York, NY 10038-5150 |
| 5414613 | | EDI: CITICORP | Dec 03 2024 23:36:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5400426 | + | EDI: CITICORP | Dec 03 2024 23:36:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5400459 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Dec 03 2024 18:38:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5400430 | + | EDI: DISCOVERPL | Dec 03 2024 23:36:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 5426029 | + | EDI: DISCOVERPL | Dec 03 2024 23:36:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5429802 | | Email/Text: Bankruptcy@Freedommortgage.com | Dec 03 2024 18:38:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 5400436 | + | Email/Text: bankruptcy@huntington.com | Dec 03 2024 18:38:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 5400460 | | EDI: IRS.COM | Dec 03 2024 23:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5400425 | | EDI: JPMORGANCHASE | Dec 03 2024 23:36:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850 |
| 5423257 | + | Email/Text: RASEBN@raslg.com | Dec 03 2024 18:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5400441 | | Email/Text: LibertySOP@cscglobal.com | Dec 03 2024 18:38:00 | Liberty Mutual Insurance Company, PO Box 958416, Lake Mary, FL 32795-9959 |
| 5438981 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2024 18:52:07 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5438982 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2024 18:52:01 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 5400442 | + | Email/Text: unger@members1st.org | Dec 03 2024 18:38:00 | Members 1st Fcu, Attn: Bankruptcy Dept, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 5400444 | + | Email/Text: risk_oh@ncb.coop | Dec 03 2024 18:38:00 | National Cooperative B, 139 S High St, Hillsboro, OH 45133-1442 |
| 5400446 | + | Email/Text: bankruptcy@ondeck.com | Dec 03 2024 18:38:00 | OnDeck Capital, Inc., 1400 Broadway, New York, |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | NY 10018-5300 |
| 5400463 | | EDI: PENNDEPTREV | Dec 03 2024 23:36:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5400463 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 03 2024 18:38:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5400461 | | Email/Text: fesbank@attorneygeneral.gov | Dec 03 2024 18:38:00 | Office of Attorney General, Financial Enforcement, Section, Stra, Harrisburg, PA 17120 |
| 5455989 | | EDI: Q3G.COM | Dec 03 2024 23:36:00 | Quantum3 Group LLC as agent for, JHPDE SPV II, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5455990 | + | EDI: Q3G.COM | Dec 03 2024 23:36:00 | Quantum3 Group LLC as agent for, JHPDE SPV II, LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, JHPDE SPV II, LLC 98083-0788 |
| 5400452 | + | Email/Text: JACQUELINE.WESSELMAN@RUMPKE.COM | Dec 03 2024 18:38:00 | RUMPKE, PO Box 538710, Cincinnati, OH 45253-8710 |
| 5428532 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Dec 03 2024 18:52:00 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Salt Lake City, UT 84121-7285 |
| 5400453 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Dec 03 2024 18:41:54 | Sofi Lending Corp, 375 Healdsburg Avenue, Suite 280, Healdsburg, CA 95448-4151 |
| 5419262 | + | Email/Text: bankruptcy@huntington.com | Dec 03 2024 18:38:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 5400462 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Dec 03 2024 18:38:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5426479 | | EDI: USBANKARS.COM | Dec 03 2024 23:36:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5429323 | ^ | MEBN | Dec 03 2024 18:37:48 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5524270 | + | Email/Text: EBN@edfinancial.com | Dec 03 2024 18:38:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5400455 | + | EDI: USAA.COM | Dec 03 2024 23:36:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 5400464 | ^ | MEBN | Dec 03 2024 18:37:29 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5400458 | + | Email/Text: bkfilings@zwickerpc.com | Dec 03 2024 18:38:00 | Zwicker & Associates,, P.C., 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5400456 | | Usaa Savings Bank |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5426542 | *+ | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5400429 | ##+ | Decision HR, 11101 Roosevelt Blvd. N., Saint Petersburg, FL 33716-2334 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Christopher J Leavell | on behalf of Creditor CubeSmart  L.P. cleavell@klehr.com, lclark@klehr.com;nharrison@klehr.com |
| Denise E. Carlon | on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Shawn C. Stroop jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 2 Amy R. Stroop jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Milos Gvozdenovic | on behalf of Creditor National Cooperative Bank mgvozdenovic@weltman.com  pitecf@weltman.com |
| Ryan Starks | on behalf of Creditor FREEDOM MORTGAGE CORPORATION ryan.starks@brockandscott.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Shawn C. Stroop<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9095<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Amy R. Stroop<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7258<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:21-bk-00708-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Shawn C. Stroop                    Amy R. Stroop

**By the court:**  *[signature]*

12/3/24

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2