| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Shawn C Stroop |
| Debtor 2 (Spouse, if filing) | AMY R. STROOP |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania |
| Case number | 1:21-bk-00708-HWV |

Form 4100R
## Response to Notice of Final Cure Payment                                        10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** Freedom Mortgage Corporation          **Court claim no.** (if known): 15

**Last 4 digits** of any number you use to identify the debtor's account: 6276

**Property address:** 15 BALLAST LN
Number  Street
Stewartstown, PA 17363
City        State      ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12/01/2024
MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:          +(b) $ _____

c. **Total**. Add lines a and b.                                           (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:        _____
                                                                  MM/DD/YYYY

Debtor 1   Shawn C Stroop                                              Case number *(if known)* 1:21-bk-00708-HWV
               First       Middle       Last

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Mario Hanyon                                          Date 12/13/2024
  Signature

Print     Mario Hanyon                                         Title   Attorney
          First Name      Middle Name      Last Name

Company   Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   3825 Forrestgate Dr.
            Number        Street

            Winston-Salem, NC 27103
            City                          State      ZIP Code

Contact phone   844-856-6646    Email  PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>Shawn C Stroop AND AMY R. STROOP<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>Shawn C Stroop AND AMY R. STROOP,<br>    Debtors | Case No. 1:21-bk-00708-HWV<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Notice of Final Cure Payment has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

John Matthew Hyams, Debtor's Attorney
2023 N 2nd St
Harrisburg, PA 17102
jmh@johnhyamslaw.com


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

US Courthouse, US Trustee
1501 N. 6th St
Harrisburg, PA 17102

Case 1:21-bk-00708-HWV    Doc 88    Filed 12/13/24    Entered 12/13/24 08:12:15    Desc
Main Document    Page 3 of 4

Via First Class Mail:

Shawn C Stroop
15 Ballast Ln.
Stewartstown, PA 17363
Amy R. Stroop
15 Ballast Ln
Stewartstown, PA 17363


Date: December 13, 2024

                                                                    */s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com